| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>GIBBONS, JULIA S. | 2. Court or Organization<br><br>US COURT OF APPEALS SIXTH CIRCUIT | 3. Date of Report<br><br>05/02/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type)<br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>970 FEDERAL LBUILDING<br>167 N MAIN STREET<br>MEMPHIS, TN 38103 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Gibbons, Julia S.

| Name of Person Reporting | Date of Report |
|---|---|
| GIBBONS, JULIA S. | 05/02/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | STATE OF TN - SALARY AS DISTRICT ATTORNEY GENERAL |
| 2. 2010 | SHELBY COUNTY - COUNTY SUPPLEMENT AS DISTRICT ATTORNEY GENERAL |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FREEDOM FORUM | 2/18-2/20/2010 | NASHVILLE, TN | MOOT COURT | TRANSPORTATION, LODGING, MEALS |
| 2. | UNIVERSITY OF TENNESSEE | 9/17-9/18/2010 | KNOXVILLE, TN | MOOT COURT | TRANSPORTATION, LODGING, MEALS |
| 3. | HARVARD UNIVERSITY | 11/15-11/17/2010 | CAMBRIDGE, MA | MOOT COURT | TRANSPORTATION, LODGING, MEALS |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GIBBONS, JULIA S. | 05/02/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. U. S. BANK | CREDIT CARD | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GIBBONS, JULIA S. | 05/02/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | IRA-EQUITABLE LIFE ANNUITY-EQUIVEST GUARANTEED INT ACCOUNT | A | Interest | K | T | | | | | |
| 2. | IRA-EQUITABLE LIFE ANNUITY-EQUIVEST GUARANTEED INT ACCOUNT | A | Interest | K | T | | | | | |
| 3. | SUNTRUST-MEMPHIS, TN | A | Interest | J | T | | | | | |
| 4. | FEDERAL BLDG. FEDERAL CREDIT UNION ACCOUNT | A | Interest | J | T | | | | | |
| 5. | STATE OF TN 401(K) | | | | | | | | | |
| 6. | - REGIONS BANK | A | Interest | J | T | | | | | |
| 7. | - FIDELITY PUTNAM FUND | A | Dividend | J | T | | | | | |
| 8. | IRA ROLLOVER RETIREMENT PLAN | | | | | | | | | |
| 9. | - AMERICAN FUNDS: INVESTMENT FUND OF AMERICA | A | Dividend | J | T | | | | | |
| 10. | - JOHN HANCOCK FDS: GREATER CHINA OPPORTUNITIES FUND | | None | | | Sold | 02/26/10 | J | A | |
| 11. | - IVY FDS: GLOBAL NATURAL RESOURCES FUND | | None | | | Sold | 11/19/10 | J | A | |
| 12. | - EATON VANCE FDS: DIVIDEND BUILDER FUND | A | Dividend | | | Sold (part) | 02/23/10 | J | A | |
| 13. | | | | | | Sold | 05/07/10 | J | A | |
| 14. | - HARTFORD MUTUAL FDS: HARTFORD CAPITAL APPRECIATION FUND | | None | J | T | | | | | |
| 15. | - FRANKLIN FDS: FRANKLIN TEMPLETON MUTUAL DISCOVERY FUND | A | Dividend | J | T | | | | | |
| 16. | - HENDERSON INTERNATIONAL OPPORTUNITIES FUND | A | Dividend | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 17. - EATON VANCE FDS: GREATER INDIA FUND | | None | J | T | | | | | |
| 18. - AMERICAN FUND: CAPITAL WORLD GROWTH & INCOME FUND | A | Dividend | J | T | | | | | |
| 19. - IVY FDS: ASSET STRATEGY FUND | A | Dividend | J | T | | | | | |
| 20. - VIRTUS MUTUAL FDS: ALTERNATIVES DIVERSIFIER FUND | A | Dividend | J | T | | | | | |
| 21. - ING FDS: GROWTH & INCOME FUND | A | Dividend | J | T | | | | | |
| 22. - PIONEER FUND: PIONEER FUND CLASS A M/F | A | Dividend | J | T | | | | | |
| 23. - CONVERGYS CORP - STOCK | | None | J | T | | | | | |
| 24. - SUNAMERICA 2015 HIGH WATERMARK FUND | A | Dividend | J | T | | | | | |
| 25. - REGIONS FDIC CASH ACCOUNT | A | Interest | J | T | | | | | |
| 26. - CITIGROUP INC-STOCK | | None | J | T | Buy (add'l) | 02/22/10 | J | | |
| 27. | | | | | Buy (add'l) | 03/17/10 | J | | |
| 28. | | | | | Sold (part) | 04/15/10 | J | A | |
| 29. | | | | | Sold (part) | 04/19/10 | J | A | |
| 30. | | | | | Sold (part) | 04/26/10 | J | A | |
| 31. - FEDERATED MDT SMALL CAP VALUE FUND A | | None | J | T | | | | | |
| 32. - PIONEER CULLEN VALUE FUND A | A | Dividend | J | T | | | | | |
| 33. - ING EMERGING COUNTRIES FUND CL A | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D1) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| GIBBONS, JULIA S. | 05/02/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 34. - E HOUSE CHINA HOLDINGS-STOCK | | None | J | T | Buy (add'l) | 01/15/10 | J | | |
| 35. | | | | | Buy (add'l) | 02/23/10 | J | | |
| 36. | | | | | Sold (part) | 03/08/10 | J | A | |
| 37. | | | | | Sold | 03/09/10 | J | A | |
| 38. | | | | | Buy | 04/27/10 | J | | |
| 39. | | | | | Buy (add'l) | 04/30/10 | J | | |
| 40. | | | | | Buy (add'l) | 05/07/10 | J | | |
| 41. | | | | | Sold (part) | 07/22/10 | J | A | |
| 42. | | | | | Sold (part) | 07/27/10 | J | A | |
| 43. | | | | | Sold (part) | 08/02/10 | J | A | |
| 44. | | | | | Sold | 09/01/10 | J | A | |
| 45. | | | | | Buy | 10/15/10 | J | | |
| 46. | | | | | Buy (add'l) | 12/03/10 | J | | |
| 47. | | | | | Buy (add'l) | 12/13/10 | J | | |
| 48. - FIRST TRUST HIGH INCOME LONG/ SHORT FUND | A | Dividend | J | T | Buy | 09/30/10 | J | | |
| 49. - FRED'S | A | Dividend | | | Buy | 02/26/10 | J | | |
| 50. | | | | | Sold | 04/12/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GIBBONS, JULIA S. | 05/02/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. | | | | | Buy | 08/10/10 | J | | |
| 52. | | | | | Sold (part) | 10/19/10 | J | A | |
| 53. | | | | | Sold | 10/27/10 | J | A | |
| 54. - MOTOROLA | | None | | | Buy | 03/16/10 | J | | |
| 55. | | | | | Buy (add'l) | 03/18/10 | J | | |
| 56. | | | | | Sold (part) | 07/20/10 | J | A | |
| 57. | | | | | Sold | 08/19/10 | J | A | |
| 58. - FORD MOTOR | | None | | | Buy | 03/29/10 | J | | |
| 59. | | | | | Buy (add'l) | 04/06/10 | J | | |
| 60. | | | | | Sold (part) | 04/29/10 | J | A | |
| 61. | | | | | Buy (add'l) | 08/06/10 | J | | |
| 62. | | | | | Sold | 10/14/10 | J | A | |
| 63. - WENDYS/ARBYS | A | Dividend | | | Buy | 08/18/10 | J | | |
| 64. | | | | | Sold | 11/16/10 | J | A | |
| 65. - OSHKOSH TRUCK CORP | | None | | | Buy | 09/27/10 | J | | |
| 66. | | | | | Sold | 10/25/10 | J | A | |
| 67. - BANK OF AMERICA | A | Dividend | J | T | Buy | 10/20/10 | J | | |

1. Income Gain Codes:     A =$1,000 or less         B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000         E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000    G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less       K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                       P4 =More than $50,000,000
3. Value Method Codes       Q =Appraisal             R =Cost (Real Estate Only)  S =Assessment            T =Cash Market
   (See Column C2)          U =Book Value            V =Other                    W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 68. | | | | | Buy (add'l) | 10/28/10 | J | | |
| 69. - FINISAR CORP | | None | | | Buy | 10/22/10 | J | | |
| 70. | | | | | Buy (add'l) | 11/01/10 | J | | |
| 71. | | | | | Sold (part) | 12/01/10 | J | A | |
| 72. | | | | | Sold | 12/07/10 | J | B | |
| 73. - RS GLOBAL NATURAL RESOURCES | | None | J | T | Buy | 11/17/10 | J | | |
| 74. - ORACLE SYSTEMS | | None | J | T | Buy | 12/31/10 | J | | |
| 75. AXA EQUITABLE LIFE INS CO | A | Interest | J | T | | | | | |
| 76. AXA EQUITABLE LIFE INS CO | A | Interest | K | T | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII, LINE 5:  401(K) ACCOUNT HAS BEEN SPLIT INTO TWO LINES, #s 6 AND 7.

PART VII, LINE 7:  ON THE 2009 REPORT THE ONLY INVESTMENT LISTED FOR THE 401(K) WAS REGIONS BANK.  HOWEVER, FUNDS WERE INVESTED IN FIDELITY PUTNAM FUND AND THIS WAS INADVERTENTLY OMITTED FROM THE 2009 REPORT.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ JULIA S. GIBBONS

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544